```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 00282
   PAUL S GUSTAB
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6114

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/08/2008 and was confirmed 05/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    8.00%.

     The case was dismissed after confirmation 09/15/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
CAPITAL ONE                 UNSECURED        3088.76              .00           .00
WELLS FARGO BANK NA         CURRENT MORTG        .00              .00           .00
WELLS FARGO BANK NA         MORTGAGE ARRE        .00              .00           .00
CAMEO TOWERS CONDO ASSOC    SECURED          4641.00              .00        834.53
AMERICAN GENERAL FINANCE    UNSECURED      NOT FILED              .00           .00
ASPIRE                      UNSECURED      NOT FILED              .00           .00
ECAST SETTLEMENT CORP       UNSECURED        5933.49              .00           .00
COOK COUNTY STATES ATTOR    UNSECURED            .00              .00           .00
HALLMARK&JOHNSON PROPERT    UNSECURED      NOT FILED              .00           .00
KATARZYANA NATNEK           NOTICE ONLY    NOT FILED              .00           .00
CHASE HOME EQUITY           CURRENT MORTG        .00              .00           .00
CHASE                       MORTGAGE ARRE    2056.77              .00           .00
COOK COUNTY TREASURER       SECURED NOT I  NOT FILED              .00           .00
CAMEO TOWERS CONDO ASSOC    UNSECURED      NOT FILED              .00           .00
CHASE                       UNSECURED      NOT FILED              .00           .00
ABN AMRO MORTGAGE GROUP     CURRENT MORTG        .00              .00           .00
ABN AMRO MORTGAGE GROUP     UNSECURED      NOT FILED              .00           .00
CHASE HOME FINANCE LLC      CURRENT MORTG        .00              .00           .00
CHASE HOME FINANCE LLC      UNSECURED      NOT FILED              .00           .00
HALLMARK&JOHNSON PROPERT    CURRENT MORTG        .00              .00           .00
RIVER NORTH GROUP           DEBTOR ATTY     2,000.00                            .00
TOM VAUGHN                  TRUSTEE                                           72.57
DEBTOR REFUND               REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                      907.10

PRIORITY                                             .00
SECURED                                           834.53

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00282 PAUL S GUSTAB
```

```
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                  72.57
DEBTOR REFUND                                                           .00
                                        ----------------   ----------------
TOTALS                                            907.10             907.10
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
    Dated: 12/22/08              _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```